UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62171-CIV-COHN

U.S. Bank, N.A.,

      Plaintiff,

v.

Darryl F. Allen,

      Defendant.
_____/

## ORDER DENYING MOTION TO REOPEN CASE

**THIS CAUSE** is before the Court upon Defendant Darryl F. Allen's Motion to Re-Open Case and Motion for Clarification of the Court's November 9, 2021 Dismissal Order [DE 9] ("Motion").  The Court has considered the Motion, and the record in this case, and is otherwise advised in the premises.

This action stems from a Foreclosure Action that proceeded in state court in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County from April 2018 until April 2020.  DE 7-1, 7-3.  On October 26, 2020, Defendant filed a *pro se* Notice of Removal in this Court.  DE 1.  On November 9, 2021, the Court dismissed the action with prejudice as it lacks jurisdiction to hear this case.  DE 8.

Defendant now asks the Court to reopen the case, explaining that the state court lacked jurisdiction to schedule a foreclosure sale of his property because the Clerk did not mail a certified copy of the Court's remand order in compliance with 28 U.S.C. § 1447 (c).  DE 9.  However, the Court's November 9, 2021 order was not a remand order, so no certified copy was due to be mailed to the state court.

As Defendant's Notice of Removal was filed well after the Final Judgment of Foreclosure became final and after the time to appeal passed, there was no action remaining for Defendant to remove.  See Aurora Loan Servs., LLC v. Allen, 762 F. App'x 625, 628-29 (11th Cir. 2019) (explaining that when a defendant's opportunities for relief from a state court judgment are exhausted, removal is improper and does not vest subject matter jurisdiction in federal court).  As such, there was no civil action for the Court to remand, and the case was accordingly dismissed.  See Aurora Loan Servs., LLC v. Allen, 16-61085-CIV, 2020 WL 3422412 (S.D. Fla. Feb. 19, 2020).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant Darryl F. Allen's Motion to Re-Open Case and Motion for Clarification of the Court's November 9, 2021 Dismissal Order [DE 9] is **DENIED** as set forth above.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of March, 2022.

_____
JAMES I. COHN
United States District Judge

Copies to:
Counsel of record via CM/ECF
Pro se parties via U.S. mail to address on file